UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

RAY HAGINS,

      Plaintiff,

    v.

OFFICER KESHAWN BURCH,
TOLHEN HERNANDEZ, STATE
ATTORNEY AMIRA D. FOX,
DETECTIVE RICHARD
CARPENTER,

      Defendants.

                     /

Case No. 2:26-cv-1767-KCD-KRH

## **ORDER**

Plaintiff Ray Hagins filed this civil rights action. (Doc. 1.) His request for leave to proceed *in forma pauperis* was taken under advisement pending the filing of an amended complaint that complied with the Federal Rules. (Doc. 3.) He was warned that his failure to comply with the order could result in dismissal (*Id.*) The deadline has now passed without any response from Hagins.

Ignoring the Court's order is grounds for dismissal. *See Coleman v. St. Lucie Cnty. Jail*, 433 F. App'x 716, 718 (11th Cir. 2011). "A plaintiff's failure to prosecute diligently can result in dismissal if the plaintiff, in response to an order to show cause, fails to demonstrate due diligence and just cause for delay." M.D. Fla. R. 3.10. Similarly, the Court has the "inherent power" to

dismiss a case for lack of prosecution under its authority to manage its docket. *Link v. Wabash R. Co.*, 370 U.S. 626, 630-31 (1962); *Goforth v. Owens*, 766 F.2d 1533, 1535 (11th Cir. 1985).

Hagins was warned his case would be dismissed if he did not file an amended complaint or seek relief. His inaction warrants dismissal. Accordingly, it is now **ORDERED**:

1. Hagins's complaint is **DISMISSED without prejudice** for failure to prosecute.

2. The Clerk is **DIRECTED** to enter judgment, terminate any pending motions and deadlines, and close the case.

**ORDERED** in Fort Myers, Florida on July 14, 2026.

Kyle C. Dudek
United States District Judge